THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. ARTHUR ROSTON, Defendant-Appellant.

(No. 57575; 

First District (3rd Division)—August 30, 1973.

Opinion by Mr. JUSTICE McGLOON.

James J. Doherty, Public Defender, of Chicago, (Robert Morel Gray, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Elmer C. Kissane and James R. Carlson, Assistant State's Attorneys, of counsel,) for the People.